IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  16-cr-00033-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DEDRIC DELAINE MAYFIELD,

    Defendant.

_____

**ORDER**
_____

This matter came before the Court on Defendant's unopposed Motion for Ends-of-Justice Continuance [Doc. # 26].  For the reasons set forth on the record at the May 4, 2016 hearing, it is

**ORDERED** that the motion is **GRANTED** and 90 days are excluded from the 70-day speedy trial clock, resulting in a speedy trial deadline of September 7, 2016.  It is

**FURTHER ORDERED** that Defendant shall file any pretrial motions by June 1, 2016, and the government shall file response(s) thereto by June 15, 2016.  It is

**FURTHER ORDERED** that a status hearing is set for June 17, 2016 at 9:00 a.m. in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

DATED: May   4  , 2016, at Denver, Colorado.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            LEWIS T. BABCOCK, JUDGE